# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES EVERETT, III, PRO SE CUTIS [SIC],     : No. 32 EM 2015

          Petitioner

        v.

HON. STEVEN R. GEROFF, PHILA. COUNTY; SUPT. JEROME WALSH, SCI-DALLAS; MRS. KATHLEEN KANE ATTY. GEN. PENNA.; MR. SETH WILLIAMS, D.A. PHILA COUNTY,

          Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.